**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 2:21-cv-14132-KMM

CHERYL LEBEAU
o/b/o Thomas F. LeBeau,

      Plaintiff,
v.

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

      Defendant.
_____/

## ORDER ON REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon the Parties' cross motions for summary judgment. Plaintiff Cheryl LeBeau, ("Plaintiff") on behalf of her deceased husband, Thomas LeBeau, filed the Complaint seeking review of a final decision of the Commissioner of Social Security ("Defendant"). (ECF No. 1). On October 25, 2021, Plaintiff filed her Motion for Summary Judgment With Supporting Memorandum of Law. ("Pl.'s Mot.") (ECF No. 20). On January 21, 2022, Defendant filed its Motion for Summary Judgment with Supporting Memorandum of Law and Response to Plaintiff's Motion for Summary Judgment. ("Def.'s Mot.") (ECF No. 25). The Court referred the matter to the Honorable Shaniek M. Maynard, United States Magistrate Judge, who issued a Report and Recommendation recommending that Plaintiff's Motion be DENIED and Defendant's Motion be GRANTED. ("R&R") (ECF No. 27). The Parties did not file objections to the R&R and the time to do so has passed. The matter is now ripe for review. As set forth below, the Court ADOPTS the R&R.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

As set forth in the R&R, Magistrate Judge Maynard makes the following findings: (1) the Administrative Law Judge ("ALJ") properly applied the "pain standard" to the evidence and testimony in front of it; and (2) Defendant's denial of Mr. LeBeau's claim was not constitutionally defective because the ALJ's decision was rendered under lawful authority. This Court agrees.

Accordingly, UPON CONSIDERATION of the R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the R&R (ECF No. 27) is ADOPTED, Plaintiff's Motion (ECF No. 20) is DENIED, and Defendant's Motion (ECF No. 25) is GRANTED. The Clerk of Court is INSTRUCTED to CLOSE this case. All pending motions, if any, are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of September, 2022.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record